IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Lawrence Williams,

    Plaintiff,               No. CIV S-01-1673 DFL PAN P

   vs.

Ana Ramirez Palmer, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On , the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

1

ORDERED that:

    1. The findings and recommendations filed April 13, 2005, are adopted in full.

    2. Defendants' February 9, 2005, motion to dismiss is denied and they shall answer the complaint within 30 days.

DATED: 9/9/2005

                                              /s/ David F. Levi
                                     DAVID F. LEVI
                                     United States District Judge

2