IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE WILLIAMS,

      Plaintiff,                    No. CIV S-01-1673 DFL EFB P

      vs.

ANA M. RAMIREZ-PALMER, et al.,

      Defendants.              <u>ORDER</u>

                             /

      Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983.  On November 9, 2006, defendants filed a motion to vacate the date by which they were ordered to file a pretrial statement in the court's February 10, 2006, scheduling order.  Defendants filed a motion for summary judgment on August 2, 2006, and on December 13, 2006, this court issued findings and recommendations recommending dismissal for plaintiff's failure to file an opposition to that motion.  Good cause appearing, defendants' request is granted.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Defendants' request to vacate the date by which they are to file a pretrial statement is granted.

/////

2.  The November 3 and 17, 2006, dates by which plaintiff and defendants were ordered to file their respective pretrial statements is vacated from the court's February 10, 2006, scheduling order.

Dated: January 11, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2